ACCEPTED
03-14-00774-CV
6526917
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:06:38 PM
JEFFREY D. KYLE
CLERK

LAW OFFICE

DAVIS, GERALD & CREMER

A PROFESSIONAL CORPORATION

111 CONGRESS AVE., SUITE 1660

AUSTIN, TEXAS 78701

RYAN CLINTON

TELEPHONE (512) 697-9938
FAX (512) 687-4755
EMAIL: rclinton@dgclaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:06:38 PM
JEFFREY D. KYLE
Clerk

August 17, 2015

**VIA EFSP**
Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, TX 78711-2547

> Re:   No. 03-14-00774-CV; *Texas State Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director v. Ellen Jefferson, D.V.M.*

Dear Mr. Kyle:

On Monday, August 10, 2015, the Texas Board of Veterinary Medical Examiners ("TBVME") and Nicole Oria, in her Official Capacity as Executive Director, filed a motion to abate Dr. Ellen Jefferson's appeal in this matter. In the alternative, the TBVME and Oria moved for additional time to file their Appellees' brief.

On Friday, August 14, 2015, the TBVME and Oria withdrew their motion to abate and filed a "substitute" motion merely requesting additional time to file their appellate brief. This letter is to inform the Court that Dr. Jefferson no longer intends to file a response to the TBVME's now-withdrawn motion to abate, and does not oppose the TBVME's request for additional time to file their brief.

Yours very truly,

*/s/ Ryan Clinton*
Ryan Clinton
Counsel to Dr. Ellen Jefferson, DVM

RDC:jm

cc:     **Via EFSP**
        David F. Brown
        David P. Blanke
        Ewell, Brown & Blanke, LLP
        111 Congress Ave., 28th Floor
        Austin, TX 78701

        **Via EFSP**
        Mr. Ted A. Ross
        Office of the Attorney General
          of Texas
        Administrative Law Division
        P. O. Box 12548
        Austin, TX 78711